1  Brandon R. McKelvey (CA Bar No. 217002)
   Email: brandon@medinamckelvey.com
2  Timothy B. Nelson (CA Bar No. 235279)
   Email: tim@medinamckelvey.com
3  Kyle W. Owen (CA Bar No. 326335)
   Email: kyle@medinamckelvey.com
4  MEDINA McKELVEY LLP
5  925 Highland Pointe Drive, Suite 300
   Roseville, California 95678
6  Telephone:  (916) 960-2211
   Facsimile:   (916) 742-5488
7
8  Counsel for Defendant CONSOLIDATED
   COMMUNICATIONS
9
   Edwin Aiwazian (CA Bar No. 232943)
10 edwin@calljustice.com
   Arby Aiwazian (CA Bar No. 269827)
11 arby@calljustice.com
   Aram Boyadjian (CA Bar No. 334009)
12 aram@calljustice.com
   LAWYERS for JUSTICE, PC
13 410 West Arden Avenue, Suite 203
   Glendale, California 91203
14 Telephone:  (818) 265-1020
   Facsimile:   (818) 265-1021
15
   Attorneys for Plaintiff TRICILLA GRIFFIN
16
17                    UNITED STATES DISTRICT COURT
18                   EASTERN DISTRICT OF CALIFORNIA
19 | TRICILLA GRIFFIN, individually, and on behalf | Case No. 2:21-cv-0885-WBS-KJN |
20 of other members of the general public similarly
   situated and on behalf of other aggrieved        **JOINT STIPULATION TO STAY**
   employees pursuant to the California Private      **CASE AND VACATE ALL**
21 Attorneys General Act;                            **DEADLINES AND HEARINGS**
                                                     **PENDING MEDIATION**
22              Plaintiff,
           v.                                        Complaint Filed:  February 24, 2021
23                                                   Trial Date:          None set
   CONSOLIDATED COMMUNICATIONS, an
24 unknown business entity; and DOES 1 through
   10, inclusive,
25
                Defendant.
26
27
28
                                  - 1 -

Defendant CONSOLIDATED COMMUNICATIONS and plaintiff TRICILLA GRIFFIN (collectively referred to as "the Parties") hereby stipulate as follows:

**RECITALS**

WHEREAS, on February 24, 2021, Plaintiff, on behalf of herself and all others similarly situated, filed a class action complaint in the Superior Court of California, County of Placer (Case No. S-CV-0046281) for alleged violations of the California Labor Code;

WHEREAS, on April 26, 2021, Plaintiff amended the complaint to add a cause of action under California's Private Attorneys General Act based on the same alleged Labor Code violations in the original complaint;

WHEREAS, on May 14, 2021, Defendant removed the case to the United States District Court, Eastern District of California, under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d);

WHEREAS, on May 21, 2021, Defendant moved to dismiss this action under Federal Rule of Civil Procedure 12(b)(6) and to strike various provisions of the amended complaint. The hearing on Defendant's motion to dismiss is currently scheduled for July 26, 2021;

WHEREAS, on June 14, 2021, Plaintiff moved to remand this action back to the Placer County Superior Court, arguing that Defendant failed to satisfy CAFA's amount-in-controversy threshold. The hearing on Plaintiff's motion to remand is currently scheduled for July 26, 2021;

WHEREAS, on July 7, 2021, the Parties met and conferred to explore the possibility of early resolution, setting the matter for mediation, and staying the case pending mediation. In light of impending filing deadlines, the Parties agreed to file their respective oppositions to the motion to dismiss and motion to remand while further contemplating the propriety of a stay pending mediation in this matter;

WHEREAS, on July 12, 2021, the Parties formally agreed to stay this matter and, pending Court approval, vacate all deadlines and hearings while they schedule and attend a private mediation in hopes of resolving Plaintiff's claims;

///

///

1    WHEREAS, on July 12, 2021, Defendant will file its opposition to Plaintiff's motion to

2    remand, and Plaintiff will file her opposition to Defendant's motion to dismiss.  The Parties

3    respective reply briefs to these motions are due no later than July 19, 2021;

4    WHEREAS, the Parties intend to research and agree upon a mediator and schedule

5    mediation in an expedient manner to avoid unnecessary delay, with the good faith belief that they

6    can resolve this matter in an efficient and cost-effective manner;

7    WHEREAS, a stay in this action is appropriate because it will significantly conserve court

8    and party resources and promote an efficient resolution of this matter.  The resources of the

9    Parties and the Court will be preserved because the Court will not need to hear or decide the

10   motion to remand or the motion to dismiss unless the mediation is unsuccessful.  In addition, the

11   Parties will not need to expend resources meeting and conferring regarding the initial status

12   conference, will not need to prepare a joint status conference statement, and the Court will not

13   need to expend resources holding an initial status conference unless the mediation is not

14   successful; and

15   WHEREAS, based on these facts, the Parties believe that good cause exists to grant the

16   request for stay of this action and vacate all deadlines and hearings currently set.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

JOINT STIPULATION TO STAY CASE AND VACATE DEADLINES PENDING MEDIATION; ORDER

**THEREFORE, IT IS HEREBY STIPULATED,** by and between Plaintiff and Defendant, through their respective counsel, subject to the Court's approval, that this case is stayed until 30 days after the parties' complete private mediation, which the Parties intend to schedule as early as possible.  Regardless of the outcome of the mediation, the Parties will file a joint statement no later than seven (7) days after the stay is lifted notifying the Court of the outcome of mediation and their intended next steps.

**IT IS SO STIPULATED.**

Dated: July 12, 2021                    MEDINA McKELVEY LLP


By:  /s/ Timothy B. Nelson_____
    BRANDON R. McKELVEY
    TIMOTHY B. NELSON
    Counsel for Defendant
    CONSOLIDATED COMMUNICATIONS

Dated: July 12, 2021                    LAWYERS for JUSTICE


By:  /s/ Aram Boyadjian (as authorized on 7/12/21)
    EDWIN AIWAZIAN
    ARAM BOYADJIAN
    Counsel for Plaintiff
    TRICILLA GRIFFIN

JOINT STIPULATION TO STAY CASE AND VACATE DEADLINES PENDING MEDIATION; ORDER

## <u>ORDER</u>

Having read and considered the Parties' joint stipulation to stay the case and vacate all deadlines and hearings pending mediation, the Court approves the joint stipulation and orders that this case is stayed until 30 days after the mediation. Accordingly, all deadlines and hearing dates in this matter are vacated. The Parties shall file a joint statement no later than seven (7) days after the stay is lifted notifying the Court of the outcome of mediation and their intended next steps. In the joint statement, the Parties will propose new hearing dates for Plaintiff's motion to remand and Defendant's motion to dismiss, and will also propose a new deadline for the Parties to submit their reply briefs with respect to these motions.

**IT IS SO ORDERED.**

Dated: July 12, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO STAY CASE AND VACATE DEADLINES PENDING MEDIATION; ORDER